IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff**

v.

BIENVENIDA BELTRE,

**Defendant(s)**

**CRIMINAL NO.** 05-0436(JAG)

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. (Docket No. 17). Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of May, 2006.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge